IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| Tara Kay Cuvelier, | ) | Case No. 19-20562 |
| | ) | Chapter 13 |
| Debtor. | ) | |
| | ) | |
| | ) | |
| | ) | |
| Tara Kay Cuvelier, | ) | |
| | ) | |
| Plaintiff, | ) | Adv. Pro. No. 25-02009 |
| | ) | |
| v. | ) | |
| | ) | |
| NAVIENT CFC, NAVIENT PC TRUST, | ) | |
| NAVIENT SOLUTIONS, LLC, and MOHELA, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## PLAINTIFF'S MOTION FOR LEAVE TO FILE FOURTH AMENDED COMPLAINT

*This motion seeks an order that may adversely affect you.  If you oppose the motion, you should immediately contact the moving party to resolve the dispute.  If you and the moving party cannot agree, you must file a response and send a copy to the moving party.  You must file and serve your response within 21 days of the date this was served on you.  Your response must state why the motion should not be granted.  If you do not file a timely response, the relief may be granted without further notice to you.  If you oppose the motion and have not reached an agreement, you must attend the hearing.  Unless the parties agree otherwise, the court may consider evidence at the hearing and may decide the motion at the hearing. Represented parties should act through their attorney.*

**TO THE HONORABLE MARVIN ISGUR, UNITED STATES BANKRUPTCY JUDGE:**

Plaintiff Tara Kay Cuvelier ("Plaintiff"), by and through undersigned counsel,

respectfully moves this Court for leave to file her Fourth Amended Complaint pursuant to

Federal Rule of Civil Procedure 15(a)(2) (incorporated by Federal Rule of Bankruptcy Procedure 7015) and alleges as follows:

## I. INTRODUCTION

1. Plaintiff seeks leave to amend her complaint to align the pleadings with verified evidence recently produced in the Court-ordered Initial Disclosures.

2. Specifically, newly produced records from the Academy of Art University (Exhibit P) and Defendants' own internal tracking records (Exhibit C) provide a definitive mathematical basis for the dischargeability of the subject loans under 11 U.S.C. § 523(a)(8)(B) and 26 U.S.C. § 221(d).

## II. REASONS FOR AMENDMENT

3. Alignment with Evidence: The proposed Fourth Amended Complaint incorporates a detailed mathematical analysis showing that the subject loans resulted in disbursements that exceeded the Plaintiff's Cost of Attendance (COA) minus other financial assistance.

4. Clarification of Claims: The amendment formalizes the request for sanctions under 11 U.S.C. § 105(a) based on Defendants' systemic failure to implement a COA-verification protocol prior to pursuing post-discharge collection activity, in violation of the Fifth Circuit's ruling in *In re Crocker*, 941 F.3d 206 (5th Cir. 2019).

5. Exhibit Integration: The amendment incorporates and cites all sixteen exhibits (Exhibits A through P) that form the evidentiary basis for Plaintiff's upcoming Motion for Summary Judgment, ensuring the record is clear for the Court's determination on the threshold legal question of "Qualified Education Loan" status.

## III. LEGAL STANDARD

6. Under FRCP 15(a)(2), the Court "should freely give leave when justice so requires." The Supreme Court has held that this mandate is to be heeded, and leave should be granted in the absence of undue delay, bad faith, or undue prejudice to the opposing party. *Foman v. Davis*, 371 U.S. 178, 182 (1962).

7. There is no prejudice to Defendants here, as the amendment is based on documents Defendants themselves produced or identified during the disclosure process. Furthermore, this action is currently in the early stages of discovery focused on the threshold QEL issue.

IV. PRAYER

8. Plaintiff respectfully requests that the Court grant this Motion for Leave and direct the Clerk to file the Fourth Amended Complaint attached hereto.

Dated: February 27, 2026

Respectfully submitted,

OLIVA LAW
223 W. Nolana Ave.
McAllen, Texas 78504
(956) 683-7800 phone
(866) 868-4224 fax

By: */s/ Marcos D. Oliva*
Marcos D. Oliva
marcos@oliva.law
SBOT 24056068
Federal I.D. 948435
ATTORNEY FOR PLAINTIFF

**CERTIFICATE OF SERVICE**

I hereby certify that on this day, February 27, 2026, a true and correct copy of the foregoing Motion for Leave to File Fourth Amended Complaint, the Proposed Fourth Amended Complaint (**Exhibit 1**), and the Proposed Order was served on the following parties via the Court's CM/ECF system, which constitutes service under BLR 9013-1(d) and BLR 5005-1(c):

Counsel for Defendants:

- Christopher R. Pfaff Becket & Lee, LLP 16 General Warren Boulevard Malvern, PA 19355 Email: cpfaff@becket-lee.com
- Brendetta Scott The Anthony Scott Law Firm, PLLC 2500 Tanglewilde, Ste. 274 Houston, Texas 77063 Email: brendetta@anthonyscottlaw.com

Chapter 13 Trustee:

- Yvonne V. Valdez (Chapter 13 Trustee) 539 N. Carancahua, Ste. 800 Corpus Christi, Texas 78401

US Trustee:

- U.S. Trustee 615 E. Houston Street, Suite 533 San Antonio, TX 78205