IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| Tara Kay Cuvelier, | ) | Case No. 19-20562 |
| | ) | Chapter 13 |
| Plaintiff | ) | |
| | ) | |
| | ) | |
| | ) | |
| Tara Kay Cuvelier, | ) | |
| | ) | |
| Plaintiff, | ) | Adv. Pro. No. 25-02009 |
| | ) | |
| v. | ) | |
| | ) | |
| MOHELA and Navient Solutions, LLC, as servicer for MOHELA, | ) | |
| | ) | |
| | ) | |
| | ) | |
| Defendants | ) | |
| | ) | |

## DECLARATION OF TARA KAY CUVELIER

I, Tara Kay Cuvelier, pursuant to 28 U.S.C. § 1746, declare as follows:

1. Personal Knowledge: I am the Plaintiff. The facts stated herein are within my personal knowledge and are true and correct.

2. Residency and Enrollment: Between 2006 and 2007, I was a distance-learning/online student at the Academy of Art University and the University of Maryland, University College ("UMUC"). I was pursuing a Master of Fine Arts in Photography at the Academy of Art in San Francisco, CA, but did not complete it. Subsequently, I pursued a Bachelor of Arts in English at UMUC in Adelphi, Maryland, and also did not complete it.

3. During this entire period, I resided with my parents at their home in Millington, Michigan. I did not pay "Room and Board" to my parents, nor did I have the living expenses of a student residing on-campus or in independent off-campus housing.

4. Nature of the Private Loans: I obtained the subject private loans based on my credit score. The lender issued the checks to the school, but the school did not apply these funds to my tuition or fees, as those were covered by federal aid. Instead, the school deducted a processing fee and "refunded" the balance of the private loans directly to me.

5. Use of Funds: None of the private loan proceeds were applied to tuition. I used the funds for general personal living expenses and school equipment, and supplies.

6. Camera Equipment: I used a portion of the funds to purchase photography equipment and supplies for my studies. Attached as **Exhibit B** are invoices from B&H Photo from 2006 and 2007 totaling $2,655.85.

7. Oversight: These funds were deposited into my personal account and commingled with other funds. No official from the school or lender ever audited these funds or verified they were used for "qualified" expenses.

8. Inability to Work: I am permanently disabled and am unable to engage in gainful employment.

I declare under penalty of perjury that the foregoing is true and correct. Executed on February 13, 2026.

*/s/ Tara Kay Cuvelier*
Tara Kay Cuvelier, Plaintiff