```
CLASS-812-STATUS TRACKING------------------------------ LSC/F   (K)   01/21/26
 >NXT SCR 812 SSN ___ __ ____ _ PG ___ OWN _____ ST ____ GU __ LN __ DT __ __
 SSN ████ 9956 1  LOAN 01  PG XS PROD     ST PRES GU HA OWNER 529076 BR 0003
 NAME TARA K CUVELIER         SCHL GROUP NM          OWNER NAVIENT CFC
 APPRVD AMT    $6,000.00 NUM DISB 01 APPL RCVD 12 30 05 LATE DISB APPRVD _
 CURR GUAR $ 0006000 00 RESEARCH _                    PN 3XSP0502
 CREDIT REVIEW REQ'D Y LAST REV DT  04 22 11  STAT TRACKING    STAT TRACKING
 REVIEW APPR/DISAPPR A PROM NOTE/TIL SIGNED _ AWAR 123005  GU  40    011006
 LEND APPR DT 01 09 06 PROM/TIL SENT __ __ __ AXCP 123005  L/S 45    011006
 GUAR RCPT DT 01 09 06 ADDEN SENT DT __ __ __ ADIS 010906  PN  60    011006
 COMBO _ JNTDEC _ COSREM Y ADDENDUM SIGNED _ ____ _____   CR  35    011006
 CR STR VER ____        GU ID _____        PNOTE LOD
 MEMBER ID        ____  E2 PC030277701  LFM _  ____ _____ RQST AMT 006000_
 NEW STATUS       ____  STATUS BEG DT __ __ __ ____ _____ OPP DWNSL 000000
 GU __ LS __ PN __ CR __ EXCPS 2M  __ __ __  ____ _____ CORP ID     _____
 REJS __ __ __ __ __     CHG RQSTR: _  ____ _____  CORP END  __ __ __
 ATEL/ALRJ CONT _   L!P-SALE _   FDR Y  ____ _____ CERT LOD 01 09 06
 PRICE BASIS DT _____ LN CANCL SRC __  CANCL RSN ___ ACCOUNT NO: ████7304
 FUTURE STAT ____  END DT __ __ __  RPMT BEG 06 15 13 1ST DUE 07 28 13 GRACE 06
 INT RT: BOR_ 09 75000 TYPE 455 SUB N ELIG I 8-10 N DFR/INT CD N MPN _ CNFRM _
 CORRESPONDENCE ENTRY                         LETTER REQUEST     _
 012126   E19794 _____ CONT _
 I004 PREVIOUS SCREEN WAS NOT PROCESSED - NO DATA WAS ENTERED
 5=811 6=ELG/ARV 7=EDITS 8=FRC LND APPR 9=BAPR LTR 10=EXCDS 14=81E 16=CAPR LTR
```

Highlighted: ADIS 010906

```
CLASS-812-STATUS TRACKING------------------------------ LSC/F    (F)    01/21/26
 >NXT SCR 812 SSN ___ __ ____ _ PG __ OWN _____ ST ____ GU __ LN __ DT __ __ __
 SSN ▮▮▮▮▮ 9956 1   LOAN 02   PG XS PROD ____ ST PRES GU HA OWNER 633253 BR 4829
 NAME TARA K CUVELIER             SCHL GROUP NM         OWNER NAV PC TRUST
 APPRVD AMT   $15,468.00  NUM DISB 03  APPL RCVD 03 23 06  LATE DISB APPRVD _
 CURR GUAR $ 0016849 00  RESEARCH _                         PN 3XSP0502
 CREDIT REVIEW REQ'D _   LAST REV DT   04 22 11   STAT TRACKING    STAT TRACKING
 REVIEW APPR/DISAPPR A   PROM NOTE/TIL SIGNED _    AWAR  032306  GU  40  052006
 LEND APPR DT 05 19 06   PROM/TIL SENT __ __ __    AXCP  032306  L/S 45  052006
 GUAR RCPT DT 05 19 06   ADDEN SENT DT __ __ __    ADIS  051906  PN  60  052006
 COMBO _ JNTDEC _ COSREM Y  ADDENDUM SIGNED _      ____  _____  CR  35  052006
 CR STR VER ____         GU ID _____                    PNOTE LOD
 MEMBER ID       _____  E2 PC030277711   LFM _            RQST AMT 020000_
 NEW STATUS         ____ STATUS BEG DT __ __ __            OPP DWNSL 000000
 GU __ LS __ PN __ CR __  EXCPS 2M __ __ __ __             CORP ID       _____
 REJS __ __ __ __ __ __   CHG RQSTR: _                     CORP END __ __ __
 ATEL/ALRJ CONT _____    L!P-SALE _        FDR Y          CERT LOD __ __ __
 PRICE BASIS DT _____    LN CANCL SRC __  CANCL RSN ___  ACCOUNT NO: ▮▮▮▮7304
 FUTURE STAT ____         END DT __ __ __  RPMT BEG 06 15 13  1ST DUE 07 28 13  GRACE 06
 INT RT: BOR_ 06 25000    TYPE 273  SUB N  ELIG I  8-10 N  DFR/INT CD N  MPN _  CNFRM _
 CORRESPONDENCE ENTRY                                      LETTER REQUEST ____
 012126    E19794 _____  CONT _
 I004 PREVIOUS SCREEN WAS NOT PROCESSED - NO DATA WAS ENTERED
 5=811  6=ELG/ARV  7=EDITS  8=FRC LND APPR  9=BAPR LTR  10=EXCDS  14=81E  16=CAPR LTR
```

```
CLASS-812-STATUS TRACKING------------------------------ LSC/F    (F)    01/21/26
>NXT SCR 812 SSN ___ __ ____  _  PG ___ OWN _____  ST ____ GU ___ LN __ DT __
SSN ████ 9956 1  LOAN 06  PG XS  PROD    ST PRES GU HA OWNER 633253 BR 4841
NAME TARA K CUVELIER           SCHL   GROUP NM         OWNER NAV PC TRUST
APPRVD AMT   $9,853.00  NUM DISB 01  APPL RCVD 05 24 07  LATE DISB APPRVD _
CURR GUAR $ 0009853 00  RESEARCH _                        PN 3XSP0603
CREDIT REVIEW REQ'D _   LAST REV DT  04 22 11   STAT TRACKING     STAT TRACKING
REVIEW APPR/DISAPPR A  PROM NOTE/TIL SIGNED _   AWAR  052407   GU  40  053007
LEND APPR DT 05 30 07  PROM/TIL SENT __ __ __   AXCP  052407   L/S 45  053007
GUAR RCPT DT 05 30 07  ADDEN SENT DT __ __ __   ADIS  053007   PN  60  053007
COMBO _ JNTDEC _ COSREM Y  ADDENDUM SIGNED _    ____  _____   CR  35  053007
CR STR VER ____         GU ID _____          PNOTE LOD             __
MEMBER ID         _____ E2 PC030277751   LFM _  RQST AMT  010000
NEW STATUS       ____   STATUS BEG DT __ __ __  OPP DWNSL 000000
GU __ LS __ PN __ CR __  EXCPS 2M __ __ __ __   CORP ID         _____
REJS __ __ __ __ __     CHG RQSTR: _            CORP END __ __ __
ATEL/ALRJ CONT _        L!P-SALE _    FDR Y     CERT LOD __ __ __
PRICE BASIS DT _____  LN CANCL SRC _  CANCL RSN ___  ACCOUNT NO: ████7304
FUTURE STAT ____    END DT _____  RPMT BEG 06 15 13  1ST DUE 07 28 13  GRACE 06
INT RT: BOR_ 09 75000  TYPE 455  SUB N  ELIG I  8-10 N  DFR/INT CD N  MPN _ CNFRM _
CORRESPONDENCE ENTRY                             LETTER REQUEST ____
012126   E19794 _____  CONT _
I004 PREVIOUS SCREEN WAS NOT PROCESSED - NO DATA WAS ENTERED
5=811 6=ELG/ARV 7=EDITS 8=FRC LND APPR 9=BAPR LTR 10=EXCDS 14=81E 16=CAPR LTR
```