# Over-Award Summary Table

| Loan ID | Period | Total Funding (Private + Fed Aid) | COA Cap (With Family) | Over-Award (Violation) |
|---|---|---|---|---|
| ...8106 | Summer 2007 | $12,395.00 | ~$4,089.00 | $8,306.00 |
| ...8098 | AY 2006-07 | $25,218.00 | $19,774.00 | $5,444.00 |
| ...8080 | Spring 2006 | $12,625.00 | $9,661.00 | $2,964.00 |